UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

-----------------------------------------------------X

ST. FRANCIS HOLDINGS, LLC      Case No. 8:20-cv-01101-WFJ-AAS
and FRANCIS J. AVERILL, M.D.,

    Plaintiffs,

v.

CYNOSURE, INC. n/k/a CYNOSURE, LLC,
PAWNEE LEASING CORPORATION, MMP
CAPITAL, INC., and AMUR EQUIPMENT
FINANCE, INC.,

    Defendants.

-----------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF AMUR EQUIPMENT FINANCE, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.01, Defendant, Amur Equipment Finance, Inc. ("Amur"), by and through its undersigned counsel, states that Amur has no parent corporation and there is no publically held corporation that owns ten percent or more of Amur.

Dated: July 14, 2020.

                                    Respectfully submitted,

                                    Simon Attorneys & Counselors, LLC
                                    *Attorneys for Defendant*
                                    *Amur Equipment Finance, Inc.*
                                    E-mail: aaragona@simonattys.com
                                    1036 Grove Park Cir.
                                    Boynton Beach, FL 33436
                                    561-649-1790
                                    By: */s/ Anthony J. Aragona, III*
                                        Anthony Aragona
                                        FL Bar No. 36676

2

## CERTIFICATE OF SERVICE

I certify that on July 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                         /s/ *Anthony J. Aragona*
                                         Attorney